CLERK
US DISTRICT & BANKRUPTCY COURTS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

2020 JUN 26 AM 10: 07

Civil Division

RECEIVED

_____

Carolyn E. O'Connor
        Plaintiff

        v.

United Kingdom, as represented
by The British Embassy, in the
United States and John Does one
to ten.
        Defendants

_____

COMPLAINT

Case: 1:20-cv-01775   Jury Demand
Assigned To : Unassigned
Assign. Date : 6/26/2020
Description: Pro Se Gen. Civil (F Deck)



JUN 2 6 2020

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

And so comes the Plaintiff, having only recently learned of personal injury and economic loss, due to the intentional acts of Defendants, in their withholding of compensation/remunerations due the line of the O'Connor family, of which Plaintiff is a descendant.

As noted in the enclosure (Exhibit 1), Plaintiff has been dealt with in bad faith dealings by governmental representatives of the United Kingdom, in their failure, deliberate or otherwise, to pay the allotted compensation due war widows whose spouses fought for the cause of the United Kingdom and died in said cause.

Allegations against the United Kingdom is, as follows:

### NEGLIGENCE BY DEFENDANTS

United Kingdom agents, employees and other representatives did not or would not engage in due diligence in seeking Plaintiff's family, and who had knowledge of Plaintiff's descendants, to pay war widow compensation to said family.

Due to Tory hatred, Plaintiff's family could not leave forwarding addresses, but did remain in the City of Boston and could be found there.

Three shillings, considered a goodly sum during that time, was due Margaret, the widow of Patrick O'Conner and their children.

As damages for said negligence, Plaintiff claims personal injury and economic loss and is injured to the amount of three shillings in British currency, in the amount of 5% compounded quarterly since August 1775 to the present time, or the sum of Fifteen Million Dollars (U.S. $15,000,000.).

*1*

## INTENTIONAL ACTS BY THE DEFENDANTS

The United Kingdom decided to forget those who fought and died for their cause because of the unanticipated outcome of this war and so, in punishment for alleged failure on the part of their Colonist troops, did not or would not pay the due compensation for fallen soldiers to their widows. This was their custom and practice.

Without these due monies, Plaintiff's family could not economically start over in another country, could not return to Great Britain, and did not have the funds to leave the area and could not economically start over again where they were. Plaintiff's family was trapped in Boston, and were, on an ongoing basis, stigmatized as Tory's and economically oppressed for said stigma. This stigma on Plaintiff's family continued even up to Plaintiffs ancestor/Grandfather, Peter Xerces O'Connor, who enlisted in the Spanish-American War.

The monies due the O'Conner/O'Connor (changed to O'Connor in the 1820 censes) family, have never been paid. Therefore, Plaintiff claims said payment on behalf of her ancestors.

As damages for said intentional acts toward Plaintiff, Plaintiff claims personal injury and economic loss and is injured to the amount of three shillings in British currency, in the amount of 5% compounded quarterly since August 1775 to the present time, or the sum of Fifteen Million Dollars (U.S. $15,000,000.).

## BAD FAITH DEALINGS BY UNITED KINGDOM MILITARY AUTHOIRTIES

Plaintiff was falsely represented by United Kingdom Military employees that they had no records of said enlistment of Patrick O'Conner, advising that they had not such records. Bryan O'Conner, Patrick's older brother, also died in said war as an officer (who went traveled to and from the United Kingdom to the colonies) and also inquired as to this record. Again, no records was the representation.

Even The United States has records of their military of this war, and the British, being meticulous records keepers have no credibility in their representations, initially claiming that they have personnel records for all their wars.

Plaintiff was steered by said military authorities to useless websites who provided no information.

As damages for said bad faith dealings with Plaintiff, Plaintiff claims personal injury and economic loss and is injured to the amount of three shillings in British currency, in the amount of 5% compounded quarterly since August 1775 to the present time, or the sum of Fifteen Million Dollars (U.S. $15,000,000.).

## JOINT AND SEVERAL LIABILITY

All Defendants are, jointly and severally, liable for Plaintiffs damages.

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by Jury on all issues. Trial may be bifurcated by damages and liability, etc.

## COMPENSATORY DAMAGES

Compensatory Damages are claimed by Plaintiff, against all Defendants, jointly and severally, in the amount of six shillings in British currency, in the amount of 5% compounded quarterly since August 1775 to the present time or thirty Million Dollars (U.S. $30,000,000.), in addition to all costs, fees, including costs of collection, and any other remuneration associated with said damages and/or found for the Plaintiff by Jury,

## PUNITIVE DAMAGES

Punitive Damages, are claimed by Plaintiff, against all Defendants, jointly and severally, in the amount of six shillings in British currency, in the amount of 5% compounded quarterly since August 1775 to the present time or Thirty Million Dollars ($30,000,000.), in addition to all costs, fees, including costs of collection, and any other remuneration associated with said damaged and/or found for the Plaintiff by Jury, including liens on other properties, and entities affiliated


Humbly submitted to the Court,

Carolyn E. O'Connor    06/26/2020
CEO:ms

Addresses of the Parties to the lawsuit:

1.) British Embassy in Washington, D.C., 3100 Massachusetts Avenue, N.W., Washington, D.C. 20008, to the attention of Dame Karen Pierce, Telephone no.: 202/588-6500.

2.) Carolyn E. O'Connor, 2335 Altamont Place S.E., Unit 309, Washington, D.C. 20020, Telephone No.: 202/809-7585

# EXHIBIT 1



# Ministry of Defence

Ministry of Defence
Main Building
Whitehall
London SW1A 2HB
United Kingdom

Ref: TO2019/07836

Telephone: +44 (0)20 7218 9000 (Switchboard)

E-mail: People-Sec-ParliMailbox@mod.gov.uk

Carolyn O'Connor
1226 Vermont Ave
N W Washington DC 20005
USA

15 July 2019

Dear Ms O'Connor,

Thank you for your letters of 19 April and 17 June 2019, addressed to the Secretary of State for Defence, the Rt Hon Penny Mordaunt MP, regarding your ancestral ties to Patrick O'Conner. As you will appreciate, the Secretary of State for Defence receives a high volume of correspondence and it is not always possible for her to personally respond. Your email has, therefore, been forwarded to the Defence People Secretariat and I have been asked to reply.

It is noted that the period of service concerned is over 200 years ago and the details that you have provided are very limited and currently there are no means to verify them. The matter of payment of pensions and other financial awards to members of the British Army from the period in question is a matter of public record. The surviving contemporaneous records related to qualifying criteria for the award of such payments are held in the UK's National Archives and can be accessed by any member of the public. The archive has set out guidance in a research note detailing pre-First World War pension records detailing relevant record classes. This can be accessed via the following link and includes links to the main archive site including the main catalogue and how to access the records (both remotely or in person):
http://www.nationalarchives.gov.uk/help-with-your-research/research-guides/british-army-soldiers-up-to-1913/.

Furthermore, any claims brought against another party are subject to the Limitation Act 1980. This means that as a matter of public policy, there is a deadline within which claims can be brought against another person or company, so that people and businesses do not run the risk of very old claims being brought against them when, for example, all the facts relating to the claims have been forgotten by everyone involved. Keeping this in mind you must appreciate that any claim that may have been substantiated for Patrick O'Conner's pension or any other benefits would be barred by the lapse of time.

I realise this may come as a disappointing response, but I hope this clarifies the position.

Yours sincerely,

Defence People Secretariat



**Ministry of Defence**

Army Secretariat
Army Headquarters
IDL 24 Blenheim Building
Marlborough Lines
Andover
Hampshire, SP11 8HJ
United Kingdom

Ref: Army/Sec/21/03/TO2019/02655

E-mail: ArmySec-Group@mod.gov.uk
Website: www.army.mod.uk

Carolyn O'Connor
1226 Vermont Ave
N W Washington DC 20005
USA

25 March 2019

Dear Ms O'Connor

Thank you for your letter of 19 February 2019 to the Secretary of State for Defence in which you requested copies of records held regarding to your ancestor, Patrick O'Conner. Your letter has been forwarded to the Army Secretariat and I have been asked to reply.

I was very interested to read about Patrick and his service in the British Army. As I am sure you will appreciate, the MOD no longer holds any records relating to Patrick's service almost 250 years ago.

I would therefore recommend that you have a look at surviving official material that now exists in the public domain. I set out below some links to websites that may assist you in your search.

The National Archives would be a very good starting point for research into this period. The following web address contains a number of links to guides about researching individual military history: http://www.nationalarchives.gov.uk/help-with-your-research/research-guides/?research-category=military-and-maritime.

Furthermore, you may wish to access the archives and expertise of the staff at the National Army Museum. A link to their website is as follows: https://www.nam.ac.uk/collections/templer-study-centre.

I hope this is helpful and wish you luck with your search.

Yours sincerely,

H G Cheney

Hannah Cheney
Army Secretariat